UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LIN YANG,

                Plaintif(s).

21 civ 4944 (JGK)

-against-

**WRIT OF MANDAMUS**
**SCHEDULING ORDER**

MERRICK GARLAND,

                Defendant(s).
-----------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

A petition for writ of mandamus has been filed with the Court.

It is hereby ordered that the Government shall answer the petition by **September 9, 2021.**

It is further ordered that the petitioners file a reply by **September 23, 2021.**

The Court will contact the parties for oral argument.

**SO ORDERED.**

                                                        **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        July 9, 2021